CC-215

## STATE OF ILLINOIS
## IN THE CIRCUIT COURT OF THE 17TH JUDICIAL CIRCUIT
## WINNEBAGO COUNTY

Troy A Roper

**Plaintiffs**

vs.

Helen Fitzgerald MSSW Homeless Program Liaison, Vickeisha McAdoy, Rosecrance Ware Center, Gerri Houy, Kathy Grossen, Joan Lodge LCSW,

**Defendants**

No. 14MR993

### ADMINISTRATIVE REVIEW SUMMONS

To each of the above named defendants:

YOU ARE HEREBY SUMMONED AND REQUIRED to file an answer in this case or otherwise file your appearance in the office of the clerk of this Court within 35 days after the date of this summons.

This summons is served upon you by registered mail pursuant to the provisions of the Administrative Review Act.

WITNESS December 10, 2014
(Year)

Thomas A. Klein
(Clerk of the Circuit Court)

By: _____
(Deputy)

---

(Plaintiff's Attorney or Plaintiff if not represented by an Attorney)

Name _____

Attorney for _____

Address _____

City _____ State ____ Zip _____

Telephone _____

Rev. 10.23.08



# STATE OF ILLINOIS
## IN THE CIRCUIT COURT OF THE 17TH JUDICIAL CIRCUIT
## WINNEBAGO COUNTY

**FILED**
Date: 12-10-14
Thomas A. Klein
Clerk of the Circuit Court
By ___TW___ Deputy
Winnebago County, IL

(1) TROY A. ROPER

Plaintiff

VS. HELEN FITZGERALD MSSW/VA HOMELESS PROGRAM LIAISON

Case No. (3) 14MR993

(2) ROSECRANCE / JANET WATTLES et. al.,

VICKEISHA McAOOY, GERRI HEILY KATHY GROSSEN, JOAN LODGE HELEN FITZ GERALD

Defendant

## MOTION
### Complaint

(4) Plaintiff seeks

A. administrative review of illegal eviction, see notary (Oct 29, 2014) administrator complaint for hearing VA Housing program violations in VA Housing Programs Grant Per Diem

A. illegal entry (~~program~~, my apartment)

b. abuse / discretion of rent per diem

c. non-disclosure of clinical review

d. non-disclosure of summary reports of case manager / client visits

e. disclosure of unfiled court information

f. non-compliance with vocational rehabilitation

g. abuse / discretion of position, authority

k. FAILURE TO ~~RESPOND VIA NOTARY, CERTIFIED~~ MAIL;

Case is set for hearing on (5) _____, 20___, at _____

THOMAS A. KLEIN, CIRCUIT CLERK

By _____, Deputy

(Seal)

# EXHIBIT A